# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>Scott Morrill<br>*Defendant(s)* | )<br>)<br>)<br>)  Case No.  25-mj-4203-DHH<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 7, 2025__ in the county of __Worcester__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(5)(b) and (b)(2) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent Edward Bradstreet.

☑ Continued on the attached sheet.

*Edward Bradstreet*
*Complainant's signature*

HSI Special Agent Edward Bradstreet
*Printed name and title*

Sworn to before me by telephone in accordance with Fed. R. Crim. P. 4.1.

Date: **Apr 7, 2025**

*Judge's signature*

City and state:   Worcester, Massachusetts     U.S. Magistrate Judge David H. Hennessy
*Printed name and title*