**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:** Uxbridge  **Category No.** II  **Investigating Agency** HSI

**City** Uxbridge
**County** Worcester

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number  25mj4203
Search Warrant Case Number  25-4201; 4202
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes  ☑ No

Defendant Name: Scott Morrill   Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
Alias Name: _____
Address: Uxbridge, MA
Birth date (Yr only): 1973   SSN (last 4#): 8350   Sex: M   Race: W   Nationality: USA

**Defense Counsel if known:** Richard Farrell   Address: _____
Bar Number: _____

**U.S. Attorney Information**
AUSA: Kristen M. Noto   Bar Number if applicable: 664531

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☐ Yes  ☑ No

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** Wyatt
**Arrest Date:** 04/07/2025

☑ Already in Federal Custody as of 04/07/2025 in Wyatt.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____  on _____

**Charging Document:**  ☐ Complaint   ☑ Information   ☐ Indictment
**Total # of Counts:**  ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 6/5/2025   Signature of AUSA: *Kristen M Noto*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Scott Morrill

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2252A(a)(5)(b)&(b)(2) | Possession of Child Pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**